United States District Court
for the District of Arizona
March 1, 2010

Minute Order

Case No.  10-CV-74-TUC-JMR

Title: WildEarth Guardians vs Salaza

_____

DOCKET ENTRY

MINUTE ORDER Pursuant to Local Rule 3.8(a), a request has been received for a random reassignment of this case to a District Judge.   Case reassigned  by random draw to Judge John M Roll.  All further pleadings should now list the following COMPLETE case number: 10-CV-74-TUC-JMR.

_____